IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SALVADOR CAYAMBE SHULQUI,

    Petitioner,

v.                                                                          2:26-cv-00205-KG-DLM

PAMELA BONDI, et al.,

    Respondents.

## ORDER TO ANSWER

Petitioner Salvador Cayambe Shulqui filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on January 29, 2026. Doc. 1. The Clerk of Court provided notice of completion of electronic service on January 30, 2026. Doc. 3. The Court orders Respondents to file an answer within 10 business days of service of the petition, by February 13, 2026. The Clerk shall send a courtesy copy of this Order and the Petition to the U.S. Attorney's Office at the following email address: USANM.Civil.Immigration@usdoj.gov.

                                      /s/Kenneth J. Gonzales_____
                                      CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

.